The La Salle County Electric Company, appellant, v. George McLean and Mrs. George McLean, alias Alice McLean, appellees. Gen. No. 7,500.

Bill for an injunction, dismissed for want of equity. Appeal from the Circuit Court of Putnam county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 20, 1925. Rehearing denied September 26, 1925.

Harry E. Brown and Hunt, Montgomery & Kelly, for appellant;

Arthur G. Higgs, of counsel. James E. Taylor and Wallace J. Black, for appellees; Clyde M. West, of counsel.
Mr. Justice Jett delivered the opinion of the court.